NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000799
14-AUG-2012
10:35 AM

NO. CAAP-11-0000799

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
EDWARD L. DEAN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 99-0602(1))

ORDER GRANTING APPELLANT'S
MOTION TO WITHDRAW AND DISMISS APPEAL
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Appellant's Motion to Withdraw and Dismiss Appeal filed on August 9, 2012, the papers in support, and the records and files,

IT IS HEREBY ORDERED that the motion is granted and the appeal is hereby dismissed.

DATED: Honolulu, Hawaii, August 14, 2012.

On the motion:

Benjamin E. Lowenthal,
Attorney for
Defendant-Appellant

Presiding Judge

Associate Judge

Associate Judge